UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 1:24-cv-23950-PCH

DOUGLAS LONGHINI,

    Plaintiff,

v.

SADDLERIDGE HOLDINGS LLC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUGLAS LONGHINI, and Defendant, SADDLERIDGE HOLDINGS LLC hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this December 3, 2024.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Merry E. Lindberg* |
| ANTHONY J. PEREZ, ESQ. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 535451 | Florida Bar No. 308102 |
| ANTHONY J. PEREZ LAW GROUP, PLLC | FORDHARRISON, LLP |
| 7950 W. Flagler Street, Suite 104 | 515 North Flagler Drive, Suite 350 |
| Miami, Florida 33144 | West Palm Beach, FL 33401 |
| Telephone: (786) 361-9909 | Direct: (561) 345-7505 |
| Email:  ajp@ajperezlawgroup.com | Email: mlindberg@fordharrison.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant, Saddleridge Holdings LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 3, 2024.

        Respectfully submitted,

        **ANTHONY J. PEREZ LAW GROUP, PLLC**
        *Attorneys for Plaintiff*
        7950 W. Flagler Street, Suite 104
        Miami, Florida 33144
        Telephone: (786) 361-9909
        Facsimile: (786) 687-0445
        Primary E-Mail: ajp@ajperezlawgroup.com
        Secondary E-Mails: jr@ajperezlawgroup.com

        By: ____/s/ Anthony J. Perez_____
              ANTHONY J. PEREZ