UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:24-cv-23950-PCH

DOUGLAS LONGHINI,

    Plaintiff,
v.

SADDLERIDGE HOLDINGS LLC,

    Defendant.
_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Douglas Longhini, and Defendant, Saddleridge Holdings, LLC (collectively, the Parties), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Defendant; and (3) the Parties shall bear their own costs and attorneys' fees except as otherwise provided in the Parties' Settlement Agreement.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Email: ajp@ajperezlawgroup.com
*Attorney for Plaintiff*

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.
Florida Bar No. 308102
FORDHARRISON, LLP
515 North Flagler Drive, Suite 350
West Palm Beach, FL 33401
Direct: (561) 345-7505
Email: mlindberg@fordharrison.com
*Attorneys for Defendant, Saddleridge Holdings LLC*

*Longhini v. Saddleridge Holdings, LLC*
Case No. 1:24-cv-23950-PCH
Joint Motion for Dismissal With Prejudice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.