UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23950-PCH

**DOUGLAS LONGHINI**,

    Plaintiff,

v.

**SADDLERIDGE HOLDINGS LLC**,

    Defendant.

_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 25]. Accordingly, having reviewed the record and being otherwise duly advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs except as otherwise provided in the parties' Settlement Agreement. All pending motions are **DENIED AS MOOT**, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on January 16, 2025.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record